No. 09-6811. Linell Leonard Dumas, Jr., Petitioner v. R. K. Wong, Warden.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1943.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1079, 130 S. Ct. 799, 175 L. Ed. 2d 563, 2009 U.S. LEXIS 8891.

No. 09-6995. Richard Paul Riggins, Petitioner v. Texas.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1940.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1095, 130 S. Ct. 1022, 175 L. Ed. 2d 626, 2009 U.S. LEXIS 9031.

No. 09-7170. Nelson Carmona, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1993.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1096, 130 S. Ct. 1025, 175 L. Ed. 2d 627, 2009 U.S. LEXIS 8997.

No. 09-7258. In re Andrew Eugene Newman, Petitioner.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1985.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1047, 130 S. Ct. 770, 175 L. Ed. 2d 543, 2009 U.S. LEXIS 8394.

No. 09-7357. Janice L. Schrader, Petitioner v. Robert F. Turner, et al.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1978.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1124, 130 S. Ct. 1079, 175 L. Ed. 2d 904, 2010 U.S. LEXIS 440.

No. 09-7426. Bryan Davis, Sr., Petitioner v. California Western School of Law, et al.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1987.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1125, 130 S. Ct. 1084, 175 L. Ed. 2d 907, 2010 U.S. LEXIS 367.

No. 09-7523. Douglas B. Watson, Petitioner v. United States.

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1992.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1126, 130 S. Ct. 1087, 175 L. Ed. 2d 909, 2010 U.S. LEXIS 343.

No. D-2464. In the Matter of Discipline of Manny M. Aragon.

559 U.S. 968, 130 S. Ct. 1734, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1968.

March 1, 2010. Manny M. Aragon, of Albuquerque, New Mexico, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.